IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 16-6313 |
| DANIEL B. RAAF | | |
| Defendant. | : | |

**ORDER**

AND NOW, this 12th day of June, 2017, Plaintiff is hereby ORDERED to SHOW CAUSE in writing duly filed via the court's Electronic Case Filing ("ECF") system **on or before June 26, 2017**, as to why its claims against the above-captioned Defendant should not be dismissed for want of prosecution.

BY THE COURT:

/s/ C. Darnell Jones, II  J.