PCO-B.A.

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6693-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808780937<br>9171999991703808780937 | RAAF, DANIEL B.<br>2237 Saint Albans Street<br>Philadelphia, PA 19146 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808780944<br>9171999991703808780944 | RAAF, DANIEL B.<br>4916 Baltimore Avenue<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808780951<br>9171999991703808780951 | RAAF, DANIEL B.<br>1322 S. Markoe Street<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808780968<br>9171999991703808780968 | RAAF, DANIEL B.<br>4915 Catharine Street<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808780975<br>9171999991703808780975 | RAAF, DANIEL B.<br>6215 Washington Ave<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808780982<br>9171999991703808780982 | RAAF, DANIEL B.<br>4515 Pine Street 170<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808780999<br>9171999991703808780999 | RAAF, DANIEL B.<br>1103 Wilton Street<br>Philadelphia, PA 19143 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |

Round stamp: USPS CONTINENTAL STATION, JUL 14 2017, PHILA, PA 19106

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 7 | | 6.48 | 33.95 | | | 40.42 |
| Cumulative Totals | 7 | | 6.48 | 33.95 | | | 40.42 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)        Extra Service Codes:
                                C     Certified
                                ERR   Return Receipt

**PS Form 3877, February 2002 (Page 1 of 2)**

Name and Address of Sender
**KML LAW GROUP, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | TO DANIEL RAAF, RAAF, DANIEL B. 1103 Wilton Street Philadelphia, PA 19143 | | | | | | | | | | | |
| | TO DANIEL RAAF, RAAF, DANIEL B. 4515 Pine Street 170 Philadelphia, PA 19143-1886 | | | | | | | | | | | |
| | TO DANIEL RAAF, RAAF, DANIEL B. 6215 Washington Ave Philadelphia, PA 19143-2916 | | | | | | | | | | | |
| | TO DANIEL RAAF, RAAF, DANIEL B. 4915 Catharine Street Philadelphia, PA 19143-2007 | | | | | | | | | | | |
| | TO DANIEL RAAF, RAAF, DANIEL B. 1322 S. Markoe Street Philadelphia, PA 19143-3812 | TO DANIEL RAAF, RAAF, DANIEL B. 2237 Saint Albans Street Philadelphia, PA 19146 | | | | | | | | | | |
| | TO DANIEL RAAF, RAAF, DANIEL B. 4916 Baltimore Avenue Philadelphia, PA 19143 | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

USA-158078   Philadelphia County   Sale Date:

DANIEL B. RAAF

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106
02 1W
0001391829  $ 003.42⁰  JUL 14 2017

PCO - Brittni Augustin

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>**DANIEL B. RAAF, ET AL,**<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-06313<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DANIEL B. RAAF the above process on the 17 day of July, 2017, at 1:05 o'clock, PM, at 6215 WASHINGTON AVE PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_     )
                                )SS:
County of _Berks_               )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158078
Case ID #: 4937756

Subscribed and sworn to before me
this _18_ day of _July_, 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017